IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CAROL L. PARKS, :
    Plaintiff
     :
    vs. : CIVIL NO. 1:CV-08-1251

MICHAEL J. ASTRUE, : (Judge Caldwell)
Commissioner of Social
Security, : (Magistrate Judge Blewitt)
    Defendant

*O R D E R*

AND NOW, this 20th day of July, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 14), filed June 24th, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Pursuant to the recommendation of the Magistrate Judge, Plaintiff's appeal of the decision of the Administrative Law Judge is denied.

    3. The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge